FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 DEC 23 PM 12:30
CLERK
S. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| UNITED STATES OF AMERICA, | ] |
| --- | --- |
| | ] |
| v. | ] |
| | ] CR314-002 |
| LUTHER HURST, | ] |
| A/K/A "DANK". | ] |

## ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

Whereas Tom A. Peterson IV, counsel for Luther Hurst in the above-styled case, filed his Motion for Leave of Absence herein in which he properly requested leave of absence from this Court for the period of time from February 5, 2015 through February 9, 2015.

It is hereby ordered and adjudged that said Motion for Leave of Absence is granted regarding the foregoing dates.

So ordered, this 23rd day of November, 2014.

_____
Judge, United States District Court
Southern District of Georgia

Order prepared by:

Tom A. Peterson IV
GA Bar No. 574545
Attorney for Lurther Hurst
The Law Firm of Tom A. Peterson IV, LLC
P.O. Box 2037
104 South West Main Street
Vidalia, Georgia 30475
(o) 912.537.6388
(f) 912.537.6391
Email: tom@petersonfirm.net

1